UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*26 cr 55 DWF/DTS*

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| v. | 18 U.S.C. § 2252A(a)(2) |
| | 18 U.S.C. § 2252A(b)(1) |
| JOHN MATTHEW TIMMERMAN, | 18 U.S.C. § 875(d) |
| | 18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | 18 U.S.C. § 2253(b) |
| | 21 U.S.C. § 853(p) |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Production and Attempted Production of Child Pornography)

On or about August 26, 2024, in the State and District of Minnesota, the

defendant,

## JOHN MATTHEW TIMMERMAN,

attempted to and did employ, use, persuade, induce, entice, and coerce Minor

A, a 11-year-old male, to engage in sexually explicit conduct for the purpose of

producing a visual depiction of such conduct, including an image with the file

name "IMG_0201.JPG " that depicts Minor A displaying his exposed, erect

penis, where such visual depiction was produced and transmitted using

materials that had been mailed, shipped, and transported in and affecting



SCANNED

FEB 1 8 2026

U.S. DISTRICT COURT MPLS

*United States v. John Matthew Timmerman*

interstate and foreign commerce by any means, including by cellular telephone

all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 2
### (Production and Attempted Production of Child Pornography)

Between on or about September 21, 2024 and October 12, 2024, in the

State and District of Minnesota, the defendant,

**JOHN MATTHEW TIMMERMAN,**

attempted to and did employ, use, persuade, induce, entice, and coerce Minor

B, a 14-year-old male, to engage in sexually explicit conduct for the purpose of

producing a visual depiction of such conduct, including a recorded video with

the file name "IMG_0217.MOV" that is approximately 0:23 in duration that

depicts Minor B masturbating, where such visual depiction was produced and

transmitted using materials that had been mailed, shipped, and transported

in and affecting interstate and foreign commerce by any means, including by

cellular telephone all in violation of Title 18, United States Code, Sections

2251(a) and 2251(e).

## COUNT 3
### (Production and Attempted Production of Child Pornography)

On or about July 29, 2024 in the State and District of Minnesota, the

defendant,

**JOHN MATTHEW TIMMERMAN,**

*United States v. John Matthew Timmerman*

attempted to and did, employ, use, persuade, induce, entice, and coerce Minor C, a 12-year-old male, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including a recorded video with the file name "IMG_0151.MP4" that is approximately 0:41 in duration, that depicts Minor C exposing his erect penis and masturbating, where such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 4
### (Production and Attempted Production of Child Pornography)

On or about August 13, 2024 in the State and District of Minnesota, the defendant,

**JOHN MATTHEW TIMMERMAN,**

attempted to and did, employ, use, persuade, induce, entice, and coerce Minor D, a 13-year-old male, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, including an image with the file name "IMG_0171.JPG", that depicts Minor D exposing his erect penis, where such visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

3

*United States v. John Matthew Timmerman*

including by cellular telephone all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 5
### (Interstate Communications with Intent to Extort)

From at least April 10, 2023, to November 21, 2024, in the State and District of Minnesota, the defendant,

**JOHN MATTHEW TIMMERMAN,**

did knowingly transmit in interstate and foreign commerce from his residence in the State of Minnesota, with intent to extort from Minor B, Minor D, and other minors, money and other things of value, a communication containing a threat to damage the reputation of Minors B and D and others by sending their nude photos and videos to their family members; all in violation of Title 18, United States Code, Section 875(d).

## COUNT 6
### (Possession of Child Pornography)

On or about November 21, 2024, in the State and District of Minnesota, the defendant,

**JOHN MATTHEW TIMMERMAN**

did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such

4

*United States v. John Matthew Timmerman*

visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the files described in Counts 1 through 4.

all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and Title 18, United States Code, Section 2252(b)(2).

## FORFEITURE ALLEGATIONS

If convicted of Counts 1–6 of the Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

1. Any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property subject to forfeiture includes, but is not limited to:

1. Apple iPhone 11 Pro Cell Phone;

2. Apple iPhone SE Cell Phone;

3. A Samsung Galaxy XCover Pro Cell Phone.

Upon conviction of the offense alleged in Count 4 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c),

5

*United States v. John Matthew Timmerman*

any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY          FOREPERSON